DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



**FILED**

AUG  5 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
    TONY Y. FUNG

Chapter 13
Case No. 07-3-0999 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 DEBTOR REFUNDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed debtor refunds in the amount of $2,977.16 as follows:

Name and Address of Claimant
CLERK OF THE COURT FOR:

TONY Y. FUNG
2 FALLON PLACE
SAN FRANCISCO, CA 94133-3646

Unclaimed Refund

$2,977.16

Dated:   August 4, 2010

_____
CECILIA MARCELO
Receipts Administrator